UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MALCOLM MADISON,

                         Plaintiff,

        -against-

METROPOLITAN TRANSPORTATION AUTHORITY,

                         Defendant.

20-CV-11137 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

By order dated January 5, 2021, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint with an original signature. The Court further directed Plaintiff to either pay the $402.00 in filing fees, or submit a fully completed amended *in forma pauperis* (IFP) application because his original IFP application did not answer all of the questions on the form. The order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature page or an amended IFP application. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

Dated:   February 8, 2021
             New York, New York

                                                    COLLEEN McMAHON
                                                Chief United States District Judge