UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALCOLM MADISON,<br><br>       Plaintiff,<br><br> -against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY,<br><br>       Defendant. | 20-CV-11137 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued February 8, 2021, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to comply with the Court's order.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: February 8, 2021
    New York, New York

                     COLLEEN McMAHON
                   Chief United States District Judge